UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KONRAD KORZENIOWSKI, PRO SE, : | 2010 FEB 23 A 11: 26 |
| : | |
| Plaintiff, : | |
| : | Docket No. 3:09-cv-1399-WWE |
| v. : | |
| : | |
| NCO FINANCIAL SYSTEMS, INC. : | |
| and MICHAEL J. BARRIST, : | |
| : | |
| Defendants. : | |

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES now plaintiff, Konrad Korzeniowski, and defendants, NCO Financial Systems, Inc. and Michael J. Barrist (collectively "Defendants") by and through their undersigned counsel, hereby stipulate to a dismissal without prejudice in the above-titled action and request entry of a Final Order of Dismissal without prejudice.

Dated this 18 day of February 2010.

_____
Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
Telephone:   (860) 595-9436
Facsimile:   (866) 796-3839
konrad255@gmail.com

/s/ Walter A. Shalvoy, Jr.
Walter A. Shalvoy, Jr., Esq. ct25132
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601-0901
Telephone:   (203) 367-2700
Facsimile:   (203) 335-0589
wshalvoy@maherandmurtha.com

Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida  33634
Telephone:   (813) 890-2463
Facsimile:   (813) 889-9757
dvanhoose@sessions-law.biz

CERTIFICATION

I HEREBY CERTIFIED THAT COPY OF THE FOREGOING MOTION HAS BEEN SEND ON FEBUARY 18, 2010 TO A DEFENDANT ATTORNEY FOR NCO FINANCIAL SYSTEMS AND MICHAEL BARRIST

WALTHER A. SHALVOY JR. ESQ CT 25132
MAHER AND MURTHA, LLC
528 CLINTON AVENUE, P.O BOX 901
BRIDGEPORT CT 06601-0901
WSHALVOY@MAHERANDMURTHA.COM

*Konrad Korzeniowski* (signature)
KONRAD KORZENIOWSKI
51 RACKLIFFE DRIVE
NEW BRITAIN CT 06051
P: 860-595-9436
F: 866-796-3839
E-MAIL KONRAD255@GMAIL.COM